**RUSSELL L. LOW, ESQ. - 4745**
Low & Low, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for the Debtor

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | | DISTRICT OF NEW JERSEY |
| | : | CHAPTER 13 |
| **RHONDA LEARY** | : | CASE NO. 16-29062 |
| | : | The Honorable Rosemary Gambardella |
| Debtor(s) | : | |

## APPLICATION FOR ALLOWANCE TO ATTORNEY FOR DEBTOR CERTIFICATION OF ATTORNEY

I, **Russell L. Low**, Attorney for the Debtor, certifies as follows:

1. Except as reported herein, no payments have been made or promised to me for any services rendered or to be rendered in this case.

2. In accordance with Section 504 of the Bankruptcy Code, I hereby state that I have not shared or agreed to share with any other person.

3. All exceptions to Paragraphs 1 and 2 are as follows:

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Russell L. Low
**RUSSELL L. LOW, ESQ.**
Attorney for Debtor

Executed on: November 9, 2017