**RUSSELL L. LOW, ESQ. - 4745**
Low & Low, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for the Debtor

|  |  |
|---|---|
| In Re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **RHONDA LEARY** | CHAPTER 13<br>CASE NO. 16-29062 |
| Debtor(s) | The Honorable Rosemary Gambardella |
|  | **CERTIFICATION OF SERVICES** |
|  | From: <u>10-06-16 to 07-24-17</u> |

I, **Russell L. Low, Esq.** being duly sworn according to law, upon his oath, deposes and says:

1. I am the Attorney representing the Debtor in the within matter.

2. The following time has been spent on behalf of the Debtor in reference to this matter:

| **Date** | **Description of Service Rendered** | **Time** |
|---|---|---|
|  | Initial meeting with Client | 1.30 |
|  | Second meeting with Client | 1.00 |
|  | Review of Clients Documents | 2.00 |
|  | Preparation of Chapter 13 Petition | 3.30 |
|  | Filing of Voluntary Petition | 1.30 |
|  | Preparation of Client for 341(a) hearing | 0.30 |
|  | Attend 341(a) hearing | 3.00 |

<u>All part of Flat Fee</u> retainer of $3,500.00 plus cost

## ADDITIONAL SERVICES

| Date | Description of Service Rendered | Time |
|---|---|---|
| 10-06-16 | Preparation and Filing of Motion to Reinstate Stay | 1.30 |
| 10-06-16 | Reviewed Notice of Sheriff Sale scheduled for 10-20-16 | 0.15 |
| 10-26-16 | Reviewed Cross Motion filed by Joseph Zapata, Jr., Attorney for Provident Bank | 4.00 |
| 10-27-16 | Conference with client re: Cross Motion | 1.00 |
| 11-02-16 | Client's attorney, Russell L. Low, attended Cross Motion Hearing | 3.00 |
| 11-14-16 | Reviewed Provident Bank's Supplemental Certification In Support of Objection to Motion to Reinstate the Automatic Stay | 0.30 |
| 11-15-16 | Preparation and Filing of Certification in Opposition to Cross Motion re: Objection to Automatic Stay | 1.00 |
| 11-22-16 | Reviewed e-mail from client re: current proof of income | 0.20 |
| 11-28-16 | Preparation and Filing of Amended Schedules | 0.15 |
| 11-28-16 | Reviewed e-mail from Client re: Erroneous YTD earnings Provided by Client's Human Resources Department | 0.30 |
| 11-28-16 | E-mail from client re: pay stub description | 0.20 |
| 11-29-16 | Client's attorney, Russell L. Low, attended Cross Motion Trial | 4.00 |
| 01-03-17 | E-mail to client re: mortgage payment | 0.20 |
| 01-03-17 | E-mail from client re: reply to mortgage payment question | 0.20 |
| 01-03-17 | E-mail from client re: providing proof of payment of mortgage | 0.20 |
| 01-03-17 | E-mail sent to Client requesting actual pay stubs | 0.15 |
| 01-03-17 | E-mail from client re: detailed pay stubs | 0.20 |
| 01-04-17 | E-mail from client re: attaching copies of various documents | 0.30 |

## ADDITIONAL SERVICES (Cont'd.)

| Date | Description of Service Rendered | Time |
|---|---|---|
| 07-24-17 | Prepared and Filed Certification in Opposition to Certification Of Default of Standing Trustee | 1.00 |

---

19.45 hours @ $375.00 per hour            $7,406.25
                           **Less Discount**      **- 2,406.25**

**TOTAL BALANCE OWED**                     **$5,000.00**

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 9, 2017

/s/ Russell L. Low
**RUSSELL L. LOW, ESQ.**
Attorney for Debtor